UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

Mary Lornson,    Civil Action No. 1:13-CV-00603-WCG

    Plaintiff,

v.    **ORDER OF DISMISSAL WITH PREJUDICE**

Diversified Collection Services, Inc.
a/k/a Performant Recovery,

    Defendant.

**IT IS HEREBY ORDERED** this action is dimissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**BY THE COURT**

Dated: December 19, 2013    s/ William C. Griesbach
    Hon. William C. Griesbach, Chief Judge
    United States District Court

1295980.docx